UNITED STATES of America,
Plaintiff–Appellee,

v.

Maria GARZON, Defendant–Appellant.

No. 08–16944
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 28, 2009.

Anne R. Schultz, Kathleen M. Salyer, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Thomas John Butler, Thomas Butler, P.A., Miami Beach, FL, for Defendant–Appellant.

Before BLACK, BARKETT and KRAVITCH, Circuit Judges.

PER CURIAM:

Thomas John Butler, appointed counsel for Maria Garzon, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Garzon's conviction and sentence is **AFFIRMED**.